LAW OFFICES

# WILLIAMS & CONNOLLY LLP

ELIZABETH PELED
(202) 434-5838
epeled@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 8, 2023

<u>Via ECF</u>

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cicel (Beijing) Science & Technology Co., Ltd. v. Misonix, Inc.*, No. 22-1834-cv

Dear Ms. Wolfe:

    I respectfully request that the Court remove me as counsel for Appellee Misonix, Inc. in the above-captioned appeal.

Sincerely,

Elizabeth Peled

cc: All counsel of record (via ECF)